Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  14−28367−MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angie L. Rose
   1316 5th Ave.
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−0749

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 16, 2017
JAN: kmf

                                                              Jeanne Naughton
                                                              Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 14-28367-MBK
Angie L. Rose                                                       Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Aug 16, 2017
                              Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db             +Angie L. Rose,   1316 5th Ave.,   Toms River, NJ 08757-2714
aty            +MICHAEL LAWRENCE CAREY,    FRANK J. MARTONE PC,   1455 BROAD STREET,    BLOOMFIELD, NJ 07003-3068
515034318       Cach, Llc,   PO Box 10587,   Greenville, SC 29603-0587
515034321      +Gdyr/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
515034322      +Healthcare Emp F C U,   29 Emmons Dr Ste C40,   Princeton, NJ 08540-5971
515034323      +Home Depot,   P.O. Box 630308,   Irving, TX 75063-0308
515034328      +Midland Funding, LLC,   c/o Pressler and Pressler,   7 Entin Rd.,    Parsippany, NJ 07054-5020
515034329      +Onemain,   Po Box 499,   Hanover, MD 21076-0499
515034331      +PNC,   PO Box 340777,   Pittsburgh, PA 15230-7777
515239568      +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
515034332      +Pnc Mort,   3232 Nemark Dr,   Miamisburg, OH 45342-5433
515034339      +Verizon Wireless,   500 Technology Dr.,   Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2017 23:17:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2017 23:17:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515155587       EDI: AIS.COM Aug 16 2017 23:03:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
515051992       EDI: AIS.COM Aug 16 2017 23:03:00     American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK   73126-8941
515034319       EDI: BANKAMER.COM Aug 16 2017 23:04:00     FIA Card Services,   PO Box 15019,
                 Wilmington, DE 19886
515035898      +E-mail/Text: bankruptcy@cavps.com Aug 16 2017 23:18:14     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515034320      +EDI: FORD.COM Aug 16 2017 23:03:00     Frd Motor Cr,   Pob 542000,   Omaha, NE 68154-8000
515034324      +EDI: RMSC.COM Aug 16 2017 23:04:00     JC Penney c/o GE Money Bank,   ATTN: Bankruptcy Dept.,
                 PO Box 103104,   Roswell, GA 30076-9104
515034325      +EDI: MID8.COM Aug 16 2017 23:03:00     Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515034330      +E-mail/Text: bky@martonelaw.com Aug 16 2017 23:17:12     PNC,   c/o Frank J. Martone, PC,
                 1455 Broad St.,   Bloomfield, NJ 07003-3047
515223798       EDI: PRA.COM Aug 16 2017 23:03:00     Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,   POB 41067,   Norfolk VA 23541
515224015       EDI: PRA.COM Aug 16 2017 23:03:00     Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
515034333      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2017 23:20:57     Regional Acceptance Co,
                 621 W Newport Pike,   Wilmington, DE 19804-3235
515069229       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 16 2017 23:20:57     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
515086652       E-mail/Text: bankruptcy@senexco.com Aug 16 2017 23:17:11     SENEX SERVICES CORP,
                 3333 FOUNDERS RD,   2ND FLOOR,   INDIANAPOLIS, IN 46268
515034334       E-mail/Text: bankruptcy@senexco.com Aug 16 2017 23:17:11     Senex Services Corp,
                 333 Founds Rd,   Indianapolis, IN 46268
515034337      +EDI: RMSC.COM Aug 16 2017 23:04:00     Syncb/Jcp,   Po Box 965007,   Orlando, FL 32896-5007
515034338      +EDI: CITICORP.COM Aug 16 2017 23:03:00     Thd/Cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
515034326*     +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
515034327*     +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
515034335*    ++SENEX SERVICES CORP,   3333 FOUNDERS ROAD,   2ND FLOOR,   INDIANAPOLIS IN 46268-4933
                (address filed with court: Senex Services Corp,   333 Founds Rd,   Indianapolis, IN 46268)
515034336*    ++SENEX SERVICES CORP,   3333 FOUNDERS ROAD,   2ND FLOOR,   INDIANAPOLIS IN 46268-4933
                (address filed with court: Senex Services Corp,   333 Founds Rd,   Indianapolis, IN 46268)
                                                                                  TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 16, 2017
                               Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Frank J. Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
          Thomas R. Dominczyk    on behalf of Creditor    Regional Acceptance Corp.
           tdominczyk@mauricewutscher.com
          William H. Oliver, Jr.    on behalf of Debtor Angie L. Rose bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                                             TOTAL: 6
```